UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOLER,<br>      Plaintiff,<br><br>      v.<br><br>TRANS UNION, LLC, et al.,<br>      Defendants. | CV 20-8459 DSF (PLAx)<br><br>Order DENYING Defendant Trans Union LLC's Motion for Reconsideration (Dkt. 28) |

      Defendant Trans Union LLC requests that the Court reconsider its Order denying its motion to dismiss Plaintiff Cynthia Soler's Complaint. Dkt. 28 (Mot.); see also Dkt. 21 (Order). The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The motion set for hearing on January 25, 2021 is removed from the Court's calendar. For the reasons stated below, the motion is DENIED.

## I. LEGAL STANDARD

      Fed. R. Civ. P. 59 (e) grants a district court discretion to reconsider and amend a previous order as an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." Carroll v. Nakatani, 342 F.3d 934, 945 (9th Cir. 2003); see also McDowell v. Calderon, 197 F.3d 1253, 1255 n.1 (9th Cir. 1999). "[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with

newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." Kona Enters., Inc. v. Est. of Bishop, 229 F.3d 877, 890 (9th Cir. 2000).  Under Local Rule 7-18 (b), a motion for reconsideration of the decision on any motion may be made on "the emergence of new material facts or a change of law occurring after the Order was entered."

## II. DISCUSSION

Trans Union urges the Court to reconsider its Order based on two "new and relevant opinions" – Settles v. Trans Union, LLC, No. 3:20-cv-00084-WLC, 2020 WL 6900302 (M.D. Tenn. Nov. 24, 2020) and Hernandez v. Trans Union LLC, No. 3:19-cv-1987 (N.D. Fla. Dec. 10, 2020).

At the outset, the Court notes that only Hernandez was issued after the Court issued its Order in this case.

Hernandez is not binding on the Court and presents the same analysis as the cases Trans Union cited in support of its original motion.  The Court already considered these arguments in the disposition of Trans Union's motion to dismiss.  There is no change in controlling law and the standard for a motion for reconsideration has not been met.

## III. CONCLUSION

The Motion for Reconsideration is denied.

IT IS SO ORDERED.

Date: January 5, 2021

_Dale S. Fischer_
Dale S. Fischer
United States District Judge