Kristin L. Marker (State Bar No. 278596)
kmarker@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX, 75024
(214) 560-5442
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SOLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC AND NELNET SERVICING, LLC,<br><br>　　　　Defendants. | Case No. 2:20-cv-08459-DSF-PLA<br><br>**DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |

Trans Union LLC ("Trans Union"), by and through its attorneys Quilling, Selander, Lownds, Winslett & Moser P.C., hereby answers Plaintiff's Complaint and Demand for Jury Trial as follows:

## INTRODUCTION

1.　Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA"). Trans Union denies the remaining allegations contained in paragraph 1 of the Complaint.

2.　Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA") and the Consumer Credit Reporting Agencies Act, Cal. Civ. Code, § 1785, *et seq*. ("CCRAA"). Trans Union denies the remaining allegations contained in paragraph 2 of the Complaint.

3. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

4. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5. Trans Union denies the allegations contained in paragraph 5 of the Complaint.

6. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and, therefore, denies same.

7. The provisions of the FCRA and case law interpreting it are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 7 of the Complaint.

8. The provisions of the CCRAA and case law interpreting it are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 8 of the Complaint.

**JURISDICTION AND VENUE**

9. Trans Union admits that jurisdiction is proper in this Court.

10. Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act 15 U.S.C. § 1681, *et seq*. ("FCRA") and the Consumer Credit Reporting Agencies Act Cal. Civ. Code, § 1785, *et seq*. ("CCRAA"). Trans Union denies the remaining allegations contained in paragraph 10 of the Complaint.

11. Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

# PARTIES

12. Trans Union admits that Plaintiff is a natural person and "a consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 12 of the Complaint and, therefore, denies same.

13. Trans Union admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois. Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(f). Trans Union denies the remaining allegations contained in paragraph 13 of the Complaint.

14. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies same.

15. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16. Trans Union admits that it is a "consumer reporting agency" as defined by applicable law. Trans Union also admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties. Trans Union denies the remaining allegations contained in paragraph 16 of the Complaint.

17. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and, therefore, denies same.

18. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and, therefore, denies same.

## FACTUAL ALLEGATIONS

19.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, therefore, denies same.

20.   Trans Union admits that it is authorized to do business in the State of California. Trans Union denies the remaining allegations contained in paragraph 20 of the Complaint.

21.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

22.   At certain limited times, Nelnet reported accounts #...5745 and #6949 with a pay status of Account 120 Days Past Due. Trans Union denies the remaining allegations contained in paragraph 22 of the Complaint.

23.   Trans Union denies the allegations contained in paragraph 23 of the Complaint.

24.   Trans Union admits that on September 4, 2018, Trans Union received correspondence regarding Nelnet accounts #...5745 and #...6949. Trans Union denies the remaining allegations contained in paragraph 24 of the Complaint.

25.   Trans Union is admits the allegations contained in paragraph 25 of the Complaint.

26.   Trans Union denies the allegations contained in paragraph 26 of the Complaint.

27.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, therefore, denies same.

28.   Trans Union denies the allegations contained in paragraph 28 of the Complaint.

29. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and, therefore, denies same.

30. Trans Union denies the allegations contained in paragraph 30 of the Complaint.

31. Trans Union denies the allegations contained in paragraph 31 of the Complaint.

32. Trans Union denies the allegations contained in paragraph 32 of the Complaint.

33. The provisions of the FCRA and case law interpreting it are self-evident and speak for themselves. Trans Union denies the remaining allegations contained in paragraph 33 of the Complaint.

34. Trans Union denies the allegations contained in paragraph 34 of the Complaint.

35. Trans Union denies the allegations contained in paragraph 35 of the Complaint.

36. Trans Union denies the allegations contained in paragraph 36 of the Complaint.

37. Trans Union denies the allegations contained in paragraph 37 of the Complaint.

38. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and, therefore, denies same.

39. Trans Union denies the allegations contained in paragraph 39 of the Complaint.

40. Trans Union denies the allegations contained in paragraph 40 of the Complaint.

41. Trans Union denies the allegations contained in paragraph 41 of the Complaint.

**THIRD PARTIES HAVE VIEWED PLAINTIFF'S TRANS UNION'S CREDIT REPORT**

42. Trans Union denies the allegations contained in paragraph 42 of the Complaint.

43. Trans Union denies the allegations contained in paragraph 43 of the Complaint.

44. Trans Union denies the allegations contained in paragraph 44 of the Complaint.

**CAUSES OF ACTION CLAIMED BY PLAINTIFF**

**COUNT I**

**[TRANS UNION]**

45. Trans Union restates and incorporates its responses to paragraphs 1 through 44 above as though fully stated herein.

46. Trans Union denies the allegations contained in paragraph 46 of the Complaint.

47. Trans Union denies the allegations contained in paragraph 47 of the Complaint.

48. Trans Union denies the allegations contained in paragraph 48 of the Complaint.

49. Trans Union denies the allegations contained in paragraph 49 of the Complaint.

**COUNT II**

**[TRANS UNION]**

50. Trans Union restates and incorporates its responses to paragraphs 1 through 49 above as though fully stated herein.

51. Trans Union denies the allegations contained in paragraph 51 of the Complaint.

52. Trans Union denies the allegations contained in paragraph 52 of the Complaint.

53. Trans Union denies the allegations contained in paragraph 53 of the Complaint.

### COUNT III

### [TRANS UNION]

54. Trans Union restates and incorporates its responses to paragraphs 1 through 53 above as though fully stated herein.

55. Trans Union denies the allegations contained in paragraph 55 of the Complaint.

56. Trans Union denies the allegations contained in paragraph 56 of the Complaint.

57. Trans Union denies the allegations contained in paragraph 57 of the Complaint.

58. Trans Union denies the allegations contained in paragraph 58 of the Complaint.

### COUNT IV

### [TRANS UNION]

59. Trans Union restates and incorporates its responses to paragraphs 1 through 58 above as though fully stated herein.

60. Trans Union denies the allegations contained in paragraph 60 of the Complaint.

61. Trans Union denies the allegations contained in paragraph 61 of the Complaint.

62. Trans Union denies the allegations contained in paragraph 62 of the Complaint.

63. Trans Union denies the allegations contained in paragraph 63 of the Complaint.

## COUNT V

### [TRANS UNION]

64. Trans Union restates and incorporates its responses to paragraphs 1 through 63 above as though fully stated herein.

65. Trans Union denies the allegations contained in paragraph 65 of the Complaint.

66. Trans Union denies the allegations contained in paragraph 66 of the Complaint.

67. Trans Union denies the allegations contained in paragraph 67 of the Complaint.

68. Trans Union denies the allegations contained in paragraph 68 of the Complaint.

## COUNT VI

### [NELNET]

69. Trans Union restates and incorporates its responses to paragraphs 1 through 68 above as though fully stated herein.

70. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint and, therefore, denies same.

71. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint and, therefore, denies same.

72. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint and, therefore, denies same.

73. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and, therefore, denies same.

74. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and, therefore, denies same.

### COUNT VII

### [NELNET]

75. Trans Union restates and incorporates its responses to paragraphs 1 through 74 above as though fully stated herein.

76. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint and, therefore, denies same.

77. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and, therefore, denies same.

78. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and, therefore, denies same.

79. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and, therefore, denies same.

### COUNT VIII

### [NELNET]

80. Trans Union restates and incorporates its responses to paragraphs 1 through 79 above as though fully stated herein.

81. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and, therefore, denies same.

82. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and, therefore, denies same.

83. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and, therefore, denies same.

84. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint and, therefore, denies same.

85. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and, therefore, denies same.

## COUNT IX

### [NELNET]

86. Trans Union restates and incorporates its responses to paragraphs 1 through 85 above as though fully stated herein.

87. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and, therefore, denies same.

88. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and, therefore, denies same.

89. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint and, therefore, denies same.

90. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint and, therefore, denies same.

**PRAYER FOR RELIEF**

Trans Union denies the allegations contained in the Prayer of the Complaint.

**TRIAL BY JURY IS DEMANDED**

91. Trans Union admits that Plaintiff demands a jury trial. Trans Union denies the remaining allegations contained in this paragraph.

**DEFENSES**

92. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and CCRAA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

93. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

94. Trans Union, in compliance with the FCRA and CCRAA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

95. Trans Union at all times acted in compliance with the FCRA and CCRAA.

96. Trans Union has not published any false, inaccurate or defamatory information to a third party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

97. Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

98. Plaintiff's claims for exemplary or punitive damages and the FCRA and CCRAA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of California.

99. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

100. Plaintiff's claim for declaratory or injunctive relief is not authorized, provided for, or allowed under the FCRA.

101. Trans Union reserves the right to assert additional defenses that it may learn of through the course discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint dismiss the action in its entirety, grant Defendant its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

DATED: January 7, 2021                QUILLING, SELANDER, LOWNDS,
                                      WINSLETT & MOSER P.C.


                                      By: */s/ Kristin L. Marker*
                                          Kristin L. Marker
                                          Counsel for Trans Union LLC

# CERTIFICATE OF SERVICE

**STATE OF TEXAS, COUNTY OF COLLIN**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Collin, State of Texas. My business address is 6900 N. Dallas Parkway, Suite 800, Plano, TX 75024.

On January 7, 2021, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2021, at Plano, Texas.

*/s/ Kristin L. Marker*
Kristin L. Marker

**SERVICE LIST**

| | |
|---|---|
| Michael F. Cardoza | Jonathan Charles Sandler |
| Mike.Cardoza@cardozalawcorp.com | jsandler@bhfs.com |
| Lauren B. Veggian | Brownstein Hyatt Farber Schreck LLP |
| Lauren.veggian@cardozalawcorp.com | 2049 Century Park East, Suite 3550 |
| 548 Market St. #80594 | Los Angeles, CA 90067 |
| San Francisco, CA, 94104 | (310) 500-4600 |
| (415) 488-8041 | (310) 500-4602 Fax |
| (415) 651-9700 Fax | *Counsel for Nelnet Servicing, LLC* |
| *Counsel for Plaintiff* | |