**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Cynthia Soler | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | CV 20-08459-FWS (PLAx) |
| v. | |
| Trans Union, LLC et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on August 10, 2022 as docket number 155 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Cynthia Soler

and against

Defendant Trans Union, LLC et al

according to the terms set forth in the Offer of Judgment.

Date: August 12, 2022        By: Melissa H. Kunig
                                  Deputy Clerk

CV-140 (02/21)                    **JUDGMENT**