**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700

**McCarty & Raburn, A Consumer Law Firm, PLLC**
Dennis D. McCarty (*Admitted pro hac vice*)
dennismccartylaw@gmail.com
2931 Ridge Rd., Suite 101 #504
Rockwall, TX 75032
Telephone: 877-994-3289
Facsimile: 817-887-5069
*Attorneys for Plaintiff*,
Cynthia Soler

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA SOLER,**<br><br>  Plaintiff,<br><br>  v.<br><br>**TRANS UNION, LLC AND NELNET SERVICING, LLC,**<br><br>  Defendant. | Case No.: 2:20-cv-08459-FWS-PLA<br><br>**NOTICE OF SATISFACTION OF JUDGMENT**<br><br>*HON. FRED W. SLAUGHTER* |

NOTICE OF SATISFACTION OF JUDGMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE** that, pursuant to the Court's Judgment dated August 12, 2022 and the Court's Order Granting in Part and Denying in Part Plaintiff's Motions for Costs and Fees dated October 18, 2022, Defendant Trans Union, LLC has fully and finally satisfied said judgment by payment of the full amount to Plaintiff. The total amount for damages and attorneys' fees and costs were paid by Defendant Trans Union, LLC by check dated November 9, 2022.

DATED:  December 12, 2022

THE CARDOZA LAW CORPORATION
BY: */S/ LAUREN B. VEGGIAN*
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN
ATTORNEYS FOR PLAINTIFF,
CYNTHIA SOLER

# **ATTESTATION**

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document.

I also hereby certify that on December 12, 2022, I electronically filed a true and correct copy of the foregoing NOTICE OF SATISFACTION OF JUDGMENT with the Clerk of the Court for the United States District Court of California for the Central District using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

DATED: December 12, 2022

**THE CARDOZA LAW CORPORATION**
BY: /s/ Lauren B. Veggian
Lauren B. Veggian, Esq.
Attorney for Plaintiff,
Cynthia Soler